UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.N. and Y.N., individually and on behalf of M.N.,

Plaintiffs,

-against-

NEW YORK CITY PUBLIC SCHOOLS,

Defendant.

CIVIL ACTION NO.: 26 Civ. 4965 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In this action, Plaintiff seeks attorneys' fees under the Individuals with Disabilities Education Act, 20 U.S.C § 1410 et seq. (Dkt. No. 1). By **October 27, 2026**, the parties shall file a joint letter (the "Letter") stating whether they require discovery or an initial case management conference. If the parties require neither, the Letter shall indicate whether they wish to proceed before the undersigned for a settlement conference or seek a briefing schedule for a dispositive motion.

Dated: New York, New York
October 13, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**